**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Case No.: 7:18-CV-09298-nsr**

| | |
|---|---|
| **SHNEUR LEVERTOV, individually and on behalf of all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) |
| **I.C. SYSTEM, INC.,** | ) ) |
| **Defendant.** | |
| _____/ | |

## RULE 68 OFFER OF JUDGMENT BY DEFENDANT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant I.C. SYSTEM, INC. ("Defendant"), by and through its undersigned counsel, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of Plaintiff on his individual claims, as follows:

1. Judgment shall be entered against Defendant in the amount of One Thousand Fifty Dollars and 00/100 Cents ($1,050.00), arising from Plaintiff's individual FDCPA claims against Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.

2. The judgment entered shall include an additional amount for reasonable attorney's fees and taxable costs incurred by Plaintiff, in an amount to be determined by the Court if the parties are unable to come to an agreement.

3. Should Plaintiff accept this Offer, Plaintiff agrees that acceptance of this Offer resolves Plaintiff's individual FDCPA claims against Defendant.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email and U.S. Mail to:

  Yitzchak Zelman, Esq.
  MARCUS & ZELMAN, LLC
  701 Cookman Avenue, Suite 300
  Asbury Park, NJ 07712
  Office: (732) 695-3282
  Fax: (732) 298-6256
  yzelman@MarcusZelman.com
  *Counsel for Plaintiff*

on this 5th day of November, 2019.

              /s/ Joseph C. Proulx
              Joseph C. Proulx, ESQ.
              New York Registration No.: 5648522
              **GOLDEN SCAZ GAGAIN, PLLC**
              201 North Armenia Avenue
              Tampa, Florida 33609-2303
              Phone: (813) 251-5500
              Fax: (813) 251-3675
              jproulx@gsgfirm.com
              *Counsel for Defendant*

              David G. Peltan, Esq. (DP6862)
              Peltan Law, PLLC
              128 Church Street
              East Aurora, NY 14052
              (716) 655-3887
              davidpeltan@peltanlaw.com
              *Counsel for Defendant*