IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHNEUR LEVERTOV, individually and on behalf of all others similarly situated<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 7:18-cv-09298-NSR-PED |

## JUDGMENT

Pursuant to the Offer of Judgment tendered by Defendant I.C. SYSTEM, INC. on November 4, 2019, which Offer was accepted by Plaintiff SHNEUR LEVERTOV on November 18, 2019 (Docket 15), it is hereby ORDERED,

1. Judgment is entered in favor of the Plaintiff SHNEUR LEVERTOV, and against Defendant I.C. SYSTEM, INC.;

2. The Clerk of the Court is directed to enter a Judgment in this matter against Defendant I.C. SYSTEM, INC. and for Plaintiff SHNEUR LEVERTOV in the amount of $1,050.00;

3. Plaintiff's Petition for Attorneys Fees and Costs shall be filed no later than December 18, 2019. Any opposition to that Petition is due no later than January 8, 2020. Any reply is due no later than January 15, 2020.

SO ORDERED THIS 19th DAY OF NOVEMBER, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HONORABLE NELSON S. ROMAN**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

